Sarah J. Snowden, Appellant, v. Town of Somerset, Respondent.— Judgment and order affirmed, with costs on the authority of 52

61        624
Case 16
r171 NY   99

Appellate Division, 84. All concurred, except Williams, J., dissenting.